U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

**AUG 3 1 2007**

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br><br>            Plaintiffs,<br><br>v.<br><br>ROBERT ADAMS,<br><br>            Defendant. | CIVIL ACTION NO.  2:06-cv-01217-PM-APW<br><br>JUDGE Patricia Minaldi<br><br>MAGISTRATE JUDGE Alonzo P. Wilson |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefor, it is hereby Ordered and Adjudged that:

1.      Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

2.      Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3.      Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "We Are Family," on album "We Are Family," by artist "Sister Sledge" (SR# 6-182);

HOUSTON 935975v1

Dbt f !3;17.dw12328.QN.BQX !!!!!Epdvn f ou26.5!!!!!Gjrhe!17032081 18!!!!!Qbhf !3!pg3

- "Heart of Glass," on album "Parallel Lines," by artist "Blondie" (SR# 4-090);

- "Too Legit to Quit," on album "Too Legit to Quit," by artist "MC Hammer" (SR# 136-387);

- "Oh No," on album "In the Pocket," by artist "Commodores" (SR# 27-457);

- "Super Freak," on album "Street Songs," by artist "Rick James" (SR# 25-800);

- "Burn Rubber (Why You Wanna Hurt Me?)," on album "The 12-Inch Collection," by artist "Gap Band" (SR# 70-785);

- "Hey Ladies," on album "The Writing's on the Wall," by artist "Destiny's Child" (SR# 268-936);

- "Vision Of Love," on album "Mariah Carey," by artist "Mariah Carey" (SR# 118-408);

- "Genie in a Bottle," on album "Christina Aguilera," by artist "Christina Aguilera" (SR# 274-004);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _Aug 30, 2007_       By: _____

Hon. Patricia Minaldi
United States District Judge

2

HOUSTON 935975v1